UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

---

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> *EX REL.* THOMAS GERAHTY and ) <br> THOMAS BURKE ) <br> ) <br> Plaintiffs, ) <br> ) <br> -against- ) <br> ) <br> GLAXOSMITHKLINE PLC and ) <br> SMITHKLINE BEECHAM CORP. d/b/a ) <br> GLAXOSMITHKLINE ) <br> ) <br> Defendant ) <br> ) | C.A. No. 03-10641 <br> Hon. Nancy Gertner <br><br> **FILED IN CAMERA AND UNDER SEAL PURSUANT TO** <br> **31 U.S.C. § 3730** |

*also filed in*

---

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> *EX REL.* GREGORY W. THORPE and ) <br> BLAIR HAMRICK ) <br> ) <br> Plaintiffs, ) <br> ) <br> -against- ) <br> ) <br> SMITHKLINE BEECHAM, INC. and ) <br> GLAXOSMITHKLINE PLC d/b/a ) <br> GLAXOSMITHKLINE ) <br> ) <br> Defendant ) <br> ) | C.A. No. 11-10398 <br> Hon. Nancy Gertner <br><br> **FILED IN CAMERA AND UNDER SEAL PURSUANT TO** <br> **31 U.S.C. § 3730** |

**EX PARTE NOTICE OF RELATED CASES AND APPLICATION
FOR ADMINISTRATIVE CONSOLIDATION**

The United States of America hereby gives notice to the Court of another case related to this matter and respectfully applies for an *ex parte* order to transfer and administratively consolidate that case with this. The United States also seeks an order clarifying that both cases