## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

---

| | |
|---|---|
| UNITED STATES OF AMERICA<br>*EX REL.* THOMAS GERAHTY and<br>THOMAS BURKE | )<br>)<br>)<br>) |
| Plaintiffs, | )<br>) |
| -against- | )  No. 03-CV-10641<br>)  Hon. Nancy Gertner |
| GLAXOSMITHKLINE PLC and<br>SMITHKLINE BEECHAM CORP. d/b/a<br>GLAXOSMITHKLINE | )  **FILED IN CAMERA AND UNDER**<br>)  **SEAL PURSUANT TO**<br>)  **31 U.S.C. § 3730** |
| Defendant | )<br>) |

---

*also filed in*

---

| | |
|---|---|
| UNITED STATES OF AMERICA<br>*EX REL.* GREGORY W. THORPE and<br>BLAIR HAMRICK | )<br>)<br>) |
| Plaintiffs, | )<br>)  No. 11-CV-10398<br>)  Hon. Nancy Gertner |
| -against- | ) |
| SMITHKLINE BEECHAM, INC. and<br>GLAXOSMITHKLINE PLC d/b/a<br>GLAXOSMITHKLINE | )  **FILED IN CAMERA AND UNDER**<br>)  **SEAL PURSUANT TO**<br>)  **31 U.S.C. § 3730** |
| Defendant | )<br>) |

---

## [PROPOSED] ORDER GRANTING THE MOTION OF THE UNITED STATES FOR ADMINISTRATIVE CONSOLIDATION

Upon consideration of the United States' *ex parte* application for administrative

consolidation, it is hereby:

1

ORDERED that *United States, et al., ex rel. Thorpe & Hamrick v. GlaxoSmithKline, et al.*

(C.A. No. 11-10398), shall be administratively consolidated with this action, pursuant to Local Rule

40.1(J);

FURTHER ORDERED that the complaints and all other filings shall remain under seal until

and including May 17, 2011 or further order of the Court.

UNITED STATES DISTRICT COURT JUDGE

Dated: 4|5|1

2