UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> *EX REL.* THOMAS GERAHTY and ) <br> THOMAS BURKE ) <br>        Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> GLAXOSMITHKLINE PLC, and, ) <br> SMITHKLINE BEECHAM CORP. d/b/a/ ) <br> GLAXOSMITHKLINE ) <br>        Defendants. ) | No. 03-CV-10641-NG <br> Hon. Nancy Gertner <br> **FILED UNDER SEAL** |

*also filed in*

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> *EX REL.* GREGORY W. THORPE ) <br> and BLAIR HAMRICK ) <br>        Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> GLAXOSMITHKLINE PLC, and, ) <br> SMITHKLINE BEECHAM CORP. d/b/a/ ) <br> GLAXOSMITHKLINE ) <br>        Defendants. ) | No. 11-CV-10398 <br> Hon. Nancy Gertner <br> **FILED UNDER SEAL** |

[PROPOSED] ORDER

The United States having intervened in this action pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4), the Court rules as follows:

IT IS ORDERED that

1. the United States shall serve its Complaint upon defendant, together with this Order, on or before June 28, 2011; and

  2. the Complaints and all other pleadings filed in this action shall remain under seal unless otherwise ordered by the Court.

  IT IS SO ORDERED,

This __3__ day of ___May___, 2011.

           _____
           NANCY GERTNER
           United States District Judge

Dated: __5/3/11__