UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.*, GREGORY W. THORPE, *et al* <br> **Plaintiffs** <br><br> v. <br><br> **GLAXOSMITHKLINE PLC**, *et al* <br><br> **Defendants.** | CASE NO.: 11-10398-NG <br><br> FILED UNDER SEAL |

### NOTICES OF APPEARANCE

Matthew J. Fogelman and Stephanie J. Scannell hereby file notices of appearance as local counsel for Plaintiffs Gregory W. Thorpe and Blair Hamrick in this action.

Respectfully submitted,

/s/ Matthew J. Fogelman
Matthew J. Fogelman, Esq., BBO# 653916
Stephanie J. Scannell, Esq., BBO#
**Fogelman & Fogelman LLC**
100 Wells Avenue
Newton, MA 02459
t - 617.559.1530
f - 617.505.1540
mjf@fogelmanlawfirm.com

*Local Counsel for Plaintiffs*

Dated: 11-14-11

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon Sara M. Bloom, the Assistant United States Attorney assigned to this case, by mail on _11-14-11_

_/s/ Matt_
Matthew J. Fogelman, Esq.