IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Civil Action No. 11-10398

UNITED STATES OF AMERICA, the STATES of CALIFORNIA, COLORADO, CONNECTICUT, DELAWARE, FLORIDA, GEORGIA, HAWAII, ILLINOIS, INDIANA, LOUISIANA, MARYLAND, MASSACHUSETTS, MICHIGAN, MINNESOTA, MONTANA, NEVADA, NEW HAMPSHIRE, NEW JERSEY, NEW MEXICO, NEW YORK, NORTH CAROLINA, OKLAHOMA, RHODE ISLAND, TENNESSEE, TEXAS, VIRGINIA, WISCONSIN, the DISTRICT OF COLUMBIA AND THE CITIES OF NEW YORK AND CHICAGO, *Ex rel.* GREGORY W. THORPE and BLAIR HAMRICK,

Plaintiffs,

v.

SMITH KLINE BEECHAM, INC., and

GLAXOSMITHKLINE PLC d/b/a GLAXOSMITHKLINE,

Defendants.

### ENTRY OF APPEARANCE

COMES NOW the law firm of Elliott Greenleaf & Siedzikowski, P.C. and having been authorized to do so by Plaintiff, City of Chicago, hereby enters its appearance as counsel in the within action.

I, David Z. Lantz, hereby certify that I am admitted to practice in this court.

Respectfully submitted,

ELLIOTT GREENLEAF & SIEDZIKOWSKI, P.C.

/s/ David Z. Lantz
DAVID Z. LANTZ, I.D. No. 672371
FREDERICK P. SANTARELLI
JAMES J. PEPPER
Union Meeting Corporate Center V
925 Harvest Drive
Blue Bell, PA 19422
(215) 977-1000
(215) 977-1099 Fax
Counsel for Plaintiff
City of Chicago

Date: December 15, 2011

#: 139881

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this day a copy of the foregoing is being served upon the person(s) and in the manner set forth below:

Sara Bloom, Esquire
Assistant United States Attorney
District of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 9200
Boston, MA 02210
(617) 748-3265 (Office)
(617) 748-3971 (Fax)

/s/ *David Z. Lantz*
DAVID Z. LANTZ

Dated: December 15, 2011

#: 139881