## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA *ex rel.,*
GREGORY W. THORPE, *et al.*
    Plaintiffs

CASE NO. 03-10641-NG-RWZ
CASE NO. 11-10398-NG-RWZ

v.

**FILED UNDER SEAL**

GLAXOSMITHKLINE PLC, *et al.*
    Defendants

### ORDER

In consideration of Relators Gregory W. Thorpe and Blair Hamrick's Unopposed Motion

for Partial Lifting of Seal, it is hereby ORDERED that the Unopposed Motion is GRANTED

and:

1.    The seal in this case is hereby partially lifted to allow experts for Gregory Thorpe

and Blair Hamrick and for Keith Cross to review the docket, and Attorney Cross's case file in

this case, and the various complaints and amended complaints at Case Nos. 11-10398 and 03-

10641, for purposes of evaluating Attorney Cross's claim against Thorpe and Hamrick for

compensation;

2.    Any experts who will review the docket and Attorney Cross's case file and the

complaints must execute the acknowledgement attached to Relators' Unopposed Motion as

Exhibit "A," whereby they agree to keep the existence of Case Nos. 11-10398 and 03-10641and

the contents of the information shown to them confidential and to otherwise abide by the seal on

this case pursuant to 30 U.S.C. §3730;

3.      Thorpe and Hamrick shall serve a copy of their motion and this Order on counsel for Attorney Cross, counsel for Gerahty and Burke, and Assistant United States Attorney Sara Bloom.

3.      Relators' Motion, this Order, and all other documents filed in the above-captioned case shall remain sealed pursuant to 31 U.S.C. §3730.


_____
The Hon. Rya W. Zobel


Date: __12 / 22 / 11_____


2