IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* Gregory Thorpe, et al.<br><br>       Plaintiffs,<br><br>v.<br><br>SmithKline Beecham, Inc., et al.<br><br>       Defendants. | CIVIL ACTION NO.:<br>11-10398<br><br>FILED *IN CAMERA* AND<br>UNDER SEAL<br>PURSUANT TO 31 U.S.C. 3720(b)(2)<br><br>HONORABLE RYA W. ZOBEL |

## ORDER

Upon consideration of the Plaintiffs' Motion For Partial Unsealing, it is hereby ORDERED that the Motion is GRANTED.

Dated: 1/17/12

BY THE COURT:

_____
Rya W. Zobel
United States District Judge

5