

# ADVAIR DISKUS
(fluticasone propionate and salmeterol inhalation powder)

# ADVAIR DISKUS FOR ASTHMA SELLING RESOURCE

**gsk** GlaxoSmithKline
**ASAP Selling Model**

Pre-Call Planning · Assertive Selling · Total Office Call · Always Professional · Analyzing the Call · Handling Resistance · Positioning Value · Closing

Semester II – 2002

RESPIRATORY THERAPEUTIC SPECIALIST

 

## STRATEGY

Establish ADVAIR DISKUS as the physician's first choice for the treatment of all types of persistent asthma.

## CORE MESSAGE

ADVAIR DISKUS is the first and only product to effectively treat both the inflammation and bronchoconstriction of asthma in one easy-to-use device.

7AC 0000093

**ADVAIR DISKUS**
(fluticasone propionate and salmeterol inhalation powder)

*ASAP Selling Model*

## OPENINGS

☐ _____

☐ _____

☐ _____

FOR TRAINING PURPOSES ONLY - NOT TO BE USED IN DETAILING

TSR

2

7AC 0000094

## IDENTIFY/CREATE NEEDS



☐ _____

☐ _____

☐ _____

**ADVAIR DISKUS**
(fluticasone propionate and salmeterol inhalation powder)



(3) POSITIONING VALUE

## POSITIONING VALUE

☐ Feature: _____

☐ Competitive Jab: _____

☐ Benefit: _____

☐ Feature: _____

☐ Competitive Jab: _____

☐ Benefit: _____

☐ Feature: _____

☐ Competitive Jab: _____

☐ Benefit: _____

☐ Feature: _____

☐ Competitive Jab: _____

☐ Benefit: _____

FOR TRAINING PURPOSES ONLY - NOT TO BE USED IN DETAILING

TSR

4

7AC  0000096



## HANDLING RESISTANCE

### Why are you comparing ADVAIR to Singulair? You are comparing apples to oranges.

<u>Acknowledge</u>: Can you please explain what you mean by this?

<u>Question</u>: Do you agree that both of these medications are controller therapies for asthma?

or

Do you feel that both of these medications are appropriate choices for patients with persistent asthma?

<u>Support</u>:

- The Calhoun study was a direct comparison of ADVAIR DISKUS versus Singulair. The patients in the ADVAIR treatment arm experienced a reduced need for albuterol, an increase in symptom-free days, and greater satisfaction with their treatment.
- ADVAIR DISKUS had significantly more rescue-free days versus Singulair 10 mg (59% for ADVAIR DISKUS versus 33% for Singulair).
- ADVAIR DISKUS had superior reduction in albuterol use versus Singulair 10 mg (69% for ADVAIR DISKUS versus 39% for Singulair).
- ADVAIR DISKUS had more symptom-free days than Singulair (53% for ADVAIR DISKUS versus 27% for Singulair).

<u>Proof Sources</u>: Calhoun et al, Sales Aid

<u>Temperature Check</u>: Do you agree that asthma control includes improving lung function, increasing symptom-free days, and increasing patients' ability to participate in normal daily activities?

<u>Transition</u>: Doctor, the goal is to achieve better asthma control for patients, and although ADVAIR and Singulair are both controller therapies, ADVAIR provided significantly greater increases in lung function and symptom control.

Based on this information, will you prescribe ADVAIR DISKUS before prescribing Singulair because it provided better control of symptoms and reduced albuterol use in patients with asthma?




## HANDLING RESISTANCE (cont)

### ADVAIR is too strong for my patients with mild asthma.

<u>Acknowledge</u>: I understand that you want to prescribe the most appropriate medicine for your patients.

<u>Question</u>: Do you realize that in patients with mild asthma, levels of control may fluctuate?

<u>Support</u>: Asthma is a variable and unpredictable disease that can be aggravated by many factors, such as inhaled allergens, irritants, and viruses.

ADVAIR DISKUS is the first and only product to effectively treat both the inflammation and bronchoconstriction of asthma in one easy-to-use device.

The Calhoun study was a direct comparison of ADVAIR DISKUS versus Singulair. In this study, patients with milder asthma ($FEV_1$% predicted greater than 70%) had significantly greater improvements in lung function, symptoms, and rescue-free days than patients treated with montelukast.
- ADVAIR DISKUS provided significantly more rescue-free days versus Singulair 10 mg (59% for ADVAIR DISKUS versus 33% for Singulair)
- ADVAIR DISKUS provided superior reduction in albuterol use versus Singulair 10 mg (69% for ADVAIR DISKUS versus 39% for Singulair).
- ADVAIR DISKUS provided more symptom-free days than Singulair (53% for ADVAIR DISKUS versus 27% for Singulair).

<u>Proof Sources</u>: Calhoun et al, Sales Aid

<u>Temperature Check</u>: For patients currently taking p.r.n. albuterol, can you see how ADVAIR DISKUS may be appropriate therapy?

<u>Transition</u>: Will you prescribe ADVAIR DISKUS, which treats both the inflammation and the bronchoconstriction of asthma, before starting patients on Singulair?

7AC  0000098



### I use ICS alone before ADVAIR.

<u>Acknowledge</u>: Doctor, I understand that ICSs have been the cornerstone of asthma therapy.

<u>Question</u>: Can I show you how these patients may benefit from effectively treating both inflammation and bronchoconstriction with ADVAIR DISKUS?

<u>Support</u>: In the Kavuru study:
- ADVAIR DISKUS 100/50 b.i.d. provided superior reduction in albuterol use, significantly more symptom-free days, and superior improvement in lung function versus FP 100 mcg b.i.d.
- Patients experienced a 61% reduction in albuterol use.

ADVAIR DISKUS 100/50 provided greater improvements in lung function compared to fluticasone alone.

<u>Proof Sources</u>: FaxBack #418, Kavuru et al, Sales Aid

<u>Temperature Check</u>: Doctor, does this information demonstrate the benefit of treating both main components of asthma with ADVAIR DISKUS?

<u>Transition</u>: Not only could ADVAIR DISKUS help patients meet the Goals of Asthma Therapy, it is also easy to use and easy to teach—just open, click, inhale, and close.

### I believe the Serevent component of ADVAIR DISKUS masks inflammation.

<u>Acknowledge</u>: Doctor, I understand your concern.

<u>Question</u>: If masking were occurring and the underlying inflammation was not being adequately addressed, wouldn't you expect to see increases in exacerbations and in albuterol use in your patients?

<u>Support</u>:
- If masking of inflammation were an issue, the expectation would be an increase in exacerbations. In fact, clinical trials in which Serevent was added to an ICS showed greater reduction in exacerbations compared to doubling the dose of the ICS.
- In the Kavuru study, one of the three pivotal trials for ADVAIR, only 3% of patients withdrew due to worsening asthma.




## HANDLING RESISTANCE (cont)

- In the Kavuru study, patients experienced a 61% reduction in albuterol use.
- Clinical trials have shown that recognition of and recovery from asthma exacerbations is unaltered by treatment with a long-acting bronchodilator (FaxBack #405).
- Biopsy studies and bronchoalveolar lavage (BAL) studies conducted in patients with asthma revealed that salmeterol used concurrently with inhaled corticosteroids does not increase or worsen airway inflammation (FaxBack #405).

Proof Sources: Kavuru et al, Matz et al, Shrewsbury et al, FaxBack #405

### I add Singulair to an ICS before adding salmeterol.

Acknowledge: Doctor, I understand there are options for patients uncontrolled by ICSs alone.

Question: Why would you add an LTM before prescribing ADVAIR DISKUS?

Doctor: Because I like its safety profile, and it's easy to take.

Question: Safety and ease are important; what about efficacy?

Support:
- Adverse events were comparable between ADVAIR and Singulair in both the Calhoun study and the Pearlman study. In addition, significantly more patients were satisfied with ADVAIR versus Singulair.
- A total of 1208 patients were exposed to ADVAIR DISKUS, FP, salmeterol, concurrent use of salmeterol and FP, or placebo during the clinical trial program for ADVAIR DISKUS. In the clinical trials, no increase in the adverse event profile of either salmeterol or FP was revealed when the two drugs were used in combination.
- A multicentered, double-blind, double-dummy, parallel-group, 12-week study of 447 patients with asthma demonstrated that ADVAIR DISKUS 100/50 b.i.d. provided superior improvement in AM/PM PEF and $FEV_1$, superior reduction in albuterol use, and superior increase in rescue-free days versus FP 100 mcg b.i.d. plus Singulair 10 mg.
- The studies by Boulet and Pieters demonstrated that after 4 weeks of continuous use, 97% and 99% of patients continued to use the DISKUS device correctly without additional instruction.

Proof Sources: Prescribing Information for ADVAIR DISKUS, Calhoun et al, Pearlman et al, Nelson et al, Sales Aid

FOR TRAINING PURPOSES ONLY - NOT TO BE USED IN DETAILING

7AC 0000100

## I leave my patients on Singulair regardless of other controller therapies they're using.

<u>Acknowledge</u>: Can you explain why?

<u>Question</u>: When you consider that ADVAIR DISKUS provides superior control over an LTM alone or an LTM added to an ICS, why not treat the dual components of asthma with ADVAIR DISKUS instead?

<u>Support</u>:
- An ICS and an LABA affect many of the mediators involved in the inflammatory process—including leukotrienes. Since ADVAIR affects these mediators, it may not be necessary to leave patients on Singulair.
- A multicentered, double-blind, double-dummy, parallel-group, 12-week study of 447 patients with asthma demonstrated that ADVAIR DISKUS 100/50 b.i.d. provided superior improvement in AM/PM PEF and $FEV_1$, superior reduction in albuterol use, and superior increase in rescue-free days versus FP 100 mcg b.i.d. plus Singulair 10 mg.
- A total of 1208 patients were exposed to ADVAIR DISKUS, FP, salmeterol, concurrent use of salmeterol and FP, or placebo during the clinical trial program for ADVAIR DISKUS. In the clinical trials, no increase in the adverse event profile of either salmeterol or FP was revealed when the two drugs were used in combination.
- The studies by Boulet and Pieters demonstrated that after 4 weeks of continuous use, 97% and 99% of patients continued to use the DISKUS device correctly without additional instruction.

<u>Proof Sources</u>: Prescribing Information for ADVAIR DISKUS, Nelson et al, Sales Aid, Starburst Sell Sheet

7AC 0000101


**(fluticasone propionate and salmeterol inhalation powder)**



## HANDLING RESISTANCE *(cont)*

### I don't use Serevent...I don't see a difference between Serevent and albuterol.

<u>Acknowledge</u>: Some doctors believe that salmeterol is just a long-acting albuterol.

<u>Question</u>: Why do you feel this way?

<u>Support</u>:
- Salmeterol has a significantly longer duration of action permitting twice daily maintenance therapy with slower onset of action when compared to albuterol.
- Salmeterol differs from albuterol in basic pharmacology; it has greater affinity, potency, and duration of effect at B2 receptors and less activity at B1 receptors compared to albuterol.
- Salmeterol showed improved asthma-specific quality of life compared with albuterol in two studies.
- Salmeterol has potential anti-inflammatory effects, including protection against early and late phase reactions.

<u>Proof Sources</u>: FaxBack #307

<u>Temperature Check</u>: Doctor, have I shown you that salmeterol is not just a long-acting albuterol?

<u>Transition</u>: ADVAIR DISKUS is the first and only product to effectively treat both the inflammation and bronchoconstriction of asthma in one easy-to-use device.

FOR TRAINING PURPOSES ONLY - NOT TO BE USED IN DETAILING

TSR

10

7AC  0000102



Acknowledge: _____

Question: _____

Support: _____

Temperature Check: _____

Transition: _____

Acknowledge: _____

Question: _____

Support: _____

Temperature Check: _____

Transition: _____

**ADVAIR DISKUS**
(fluticasone propionate and salmeterol inhalation powder)



## CLOSINGS

☐ _____
_____
_____
_____

☐ _____
_____
_____
_____

☐ _____
_____
_____
_____

7AC 0000104



## BRIDGING STATEMENTS
*(transitioning from one product to another)*

### ADVAIR TO FLONASE

- ☐ Just as ADVAIR DISKUS helps provide a high level of asthma control, Flonase helps provide a high level of symptom control for patients with rhinitis.

- ☐ ADVAIR DISKUS effectively treats both the inflammation and the bronchoconstriction of asthma, and Flonase treats both allergic rhinitis and perennial nonallergic rhinitis.

☐ _____
_____
_____
_____

☐ _____
_____
_____
_____

☐ _____
_____
_____
_____

7AC 0000105

 

## BRIDGING STATEMENTS *(cont)*
*(transitioning from one product to another)*

**ADVAIR TO COPD**

- ☐ Just as asthma is undertreated and underrecognized, so is COPD.
- ☐ _____
- ☐ _____
- ☐ _____

7AC 0000106

Case 1:11-cv-10398-RWZ Document 134 Filed 02/15/12 Page 16 of 17



## LONG CALL

**Openings**

_____
_____
_____
_____

**Identify/Create Needs**

_____
_____
_____
_____

**Positioning Value**

_____
_____
_____
_____

**Handling Resistance**

_____
_____
_____
_____

**Closings/Bridging Statements**

_____
_____
_____
_____

7AC 0000107

**ADVAIR DISKUS**
(fluticasone propionate and salmeterol inhalation powder)



## SHORT CALL

**Openings**
_____
_____
_____
_____
_____

**Identify/Create Needs**
_____
_____
_____
_____
_____

**Positioning Value**
_____
_____
_____
_____
_____
_____

**Closings/Bridging Statements**
_____
_____
_____
_____
_____

FOR TRAINING PURPOSES ONLY - NOT TO BE USED IN DETAILING

7AC 0000108