IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Civil Action No. 11-10398

UNITED STATES OF AMERICA, the STATES of CALIFORNIA, COLORADO, CONNECTICUT, DELAWARE, FLORIDA, GEORGIA, HAWAII, ILLINOIS, INDIANA, LOUISIANA, MARYLAND, MASSACHUSETTS, MICHIGAN, MINNESOTA, MONTANA, NEVADA, NEW HAMPSHIRE, NEW JERSEY, NEW MEXICO, NEW YORK, NORTH CAROLINA, OKLAHOMA, RHODE ISLAND, TENNESSEE, TEXAS, VIRGINIA, WISCONSIN, the DISTRICT OF COLUMBIA AND THE CITIES OF NEW YORK AND CHICAGO, *Ex rel.* GREGORY W. THORPE and BLAIR HAMRICK,

Plaintiffs,

v.

SMITH KLINE BEECHAM, INC., and

GLAXOSMITHKLINE PLC d/b/a GLAXOSMITHKLINE,

Defendants.

## ENTRY OF APPEARANCE

COMES NOW Attorney Barbara Mitchell and having been authorized to do so by Plaintiff, City of Chicago, hereby enters her appearance as counsel in the within action.

I, Barbara Mitchell, hereby certify that I am admitted to practice in this court.

Respectfully submitted,

/s/ Barbara Mitchell
Barbara Mitchell, BBO# 545470
Community Legal Services & Counseling Center
1 West Street
Cambridge, MA 02139
617 661-1010, ext 121
bmitchell@clsacc.org

Dated: 8/9/12

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this day a copy of the foregoing is being served upon the person(s) and in the manner set forth below:

Sara Bloom, Esquire
Assistant United States Attorney
District of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 9200
Boston, MA 02210
(617) 748-3265 (Office)
(617) 748-3971 (Fax)

Matthew J. O'Connor
Covington & Burling LLP
1201 Pennsylvania Avenue, NW
Washington, DC 20004-2401

/s/ Barbara Mitchell
Barbara Mitchell

Dated: 8/9/12