UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES *ex rel.* GREG THORPE, ET AL. [Consolidated]<br>Plaintiffs,<br><br>v.<br><br>GLAXOSMITHKLINE PLC, and GLAXOSMITHKLINE LLC,<br>Defendants | Civil Case No. 11-10398-RWZ |

## ORDER

Upon consideration of the United States' motion for an order authorizing deposit of a sum into the Court's registry with the Clerk of Court, pursuant to Fed. R. Civ. P. 67, and there being no opposition thereto:

**IT IS HEREBY ORDERED** that:

1. The Clerk of Court shall accept for deposit into the Court's registry a sum of $25,424,470 from the United States.

2. The deposited funds shall remain with the Clerk of Court until further order of the Court.

3. The United States shall deliver a copy of this Order to the Clerk of Court.

SO ORDERED this 25th day of September, 2012

_____
HONORABLE RYA W. ZOBEL.
UNITED STATES DISTRICT JUDGE

1