UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.,*<br>GREGORY W. THORPE, *et al.*<br>              Plaintiffs<br><br>      v.<br><br>GLAXOSMITHKLINE PLC, *et al.*<br>              Defendants | CASE NO. 11-10398-NG-RWZ |

### DEFENDANT GLAXOSMITHKLINE LLC'S DEMAND FOR JURY TRIAL

Pursuant to Fed. R. Civ. P. 38(b), defendant GlaxoSmithKline LLC hereby demands a trial of this action by jury for all issues so triable.

Dated:  October 4, 2012                    Respectfully submitted,

                                                     /s/ Geoffrey E. Hobart
                                                    Geoffrey E. Hobart (BBO# 547499)
                                                    COVINGTON & BURLING LLP
                                                    1201 Pennsylvania Ave., N.W.
                                                    Washington, DC 20004-2401
                                                    (202) 662-6000 (Telephone)
                                                    (202) 662-6291 (Fax)

                                                    *Attorneys for GlaxoSmithKline*

**CERTIFICATE OF SERVICE**

    I, Geoffrey E. Hobart,  hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on October 4, 2012.

                                                             /s/ Geoffrey E. Hobart